UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-435

**Motion for:** WAIVER OF APPLICATION OF LOCAL RULE 34.1

Rodriguez v. Mayorkas et. al.

Set forth below precise, complete statement of relief sought:

respectfully moves this court to waive application of Local Rule 34.1(c) to allow Ms. Charlotte Lawrence and Mr. Benjamin Rodgers to both argue before this court.

**MOVING PARTY:** Cristian Rodriguez
**OPPOSING PARTY:** Alejandro Mayorkas

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael J. Wishnie
**OPPOSING ATTORNEY:** Christopher D. Volpe

[name of attorney, with firm, address, phone number and e-mail]

Michael J. Wishnie, Jerome N. Frank Legal Services Organization
P.O. Box 209090, New Haven, CT 06520-9090
(203) 432-4800, michael.wishnie@ylsclinics.org

Christopher D. Volpe, United States Department of Justice
271-A Cadman Plaza East, Brooklyn, NY 11201
(718) 254-6188, christopher.volpe@usdoj.gov

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Michael J. Wishnie   Date: 12/13/2023   Service: ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

CRISTIAN RODRIGUEZ,

*Plaintiff-Appellant*,

v.

ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, *et al. Defendants-Appellees.*

Docket No. 23-435

## PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR WAIVER OF APPLICATION OF LOCAL RULE 34.1(C)

Plaintiff-Appellant Cristian Rodriguez, by and through his counsel, respectfully moves this Court to waive application of Local Rule 34.1(c), which provides that only one person may argue for each party unless this Court otherwise orders, so that law students Charlotte Lawrence and Benjamin Rodgers may both argue before this Court. One student will deliver the opening argument and the other student will be prepared to offer rebuttal. Counsel for Defendants-Appellees is unopposed to this motion.

The Court may waive the Rule's requirements, and it has previously allowed two law students to share oral argument. *See, e.g.*, *Doe v. Hagenbeck, et al.*, No. 18-185 (2d Cir. Apr. 7, 2020), ECF No. 227 (granting waiver for two law students to divide argument); *Rodriguez v. Barr*, No. 17-273 (2d Cir. Mar. 6, 2018), ECF No. 121 (same); *Maldonado v. Holder*, No. 10-3259 (2d Cir. Apr. 2, 2014),

ECF No. 403 (same); *Pierre v. Holder*, No. 10- 2131 (2d Cir. Sept. 11, 2011), ECF No. 202 (same); *see also NAACP et al. v. Merrill, et al.*, No. 19-576 (2d Cir. Sept. 4, 2019), ECF No. 107 (granting waiver for one law student and one attorney to divide argument).

On July 17, 2023, this Court granted Plaintiff-Appellant's motion for leave for law students Charlotte Lawrence and Benjamin Rodgers to appear in this matter. Order Granting Law Student Appearances, *Rodriguez v. Mayorkas*, ECF No. 43. Michael J. Wishnie, a member of the bar of this Court, will attend argument and supervise Ms. Lawrence and Mr. Rodgers, to assume professional responsibility for their work and to assist them to the extent necessary.

WHEREFORE, Plaintiff-Appellant respectfully requests that the Court grant his motion to waive Local Rule 34.1(c) and allow law students Charlotte Lawrence and Benjamin Rodgers to appear on his behalf for oral argument before this court.

Dated: December 13, 2023
New Haven, Connecticut

Respectfully Submitted,

/s/ Michael J. Wishnie
Charlotte Lawrence, Law Student Intern
María Perales Sánchez, Law Student Intern
Benjamin Rodgers, Law Student Intern
Neha Sharma, Law Student Intern
Michael J. Wishnie, Esq.
Jerome N. Frank Legal Services Organization
P.O. Box 209090

New Haven, CT 06520
P: (203) 432-4800
F: (203) 432-1426
michael.wishnie@ylsclinics.org

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

      I, Michael J. Wishnie, hereby certify that on December 6, 2023, the foregoing Plaintiff-Appellant's Motion for Waiver of Application of Local Rule 34.1 will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      Respectfully Submitted,

      /s/ Michael J. Wishnie
      Michael J. Wishnie
      Jerome N. Frank Legal Services Organization
      P.O. Box 209090
      New Haven, CT 06520
      P: (203) 432-4800
      F: (203) 432-1426
      michael.wishnie@ylsclinics.org

      *Counsel for Plaintiff-Appellant*